ADAM WEINER, CSB# 193608
Weiner Law Offices
5170 Golden Foothills Parkway
El Dorado Hills, CA 95762
(916) 933-2174
aweiner@weinerlawoffices.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-CR-00195 MCE |
| Plaintiff, | |
| vs. | STIPULATION TO REMOVE HOME DETENTION AND IMPLEMENT CURFEW CONDITIONS |
| BRETT ANDERSON, | |
| Defendant | |

IT IS HEREBY STIPULATED, by and between the parties, ADAM WEINER for the Defendant and ROGER YANG for the United States of America, as follows:

1. Defendant has been under Pretrial Services Supervision and subject to Electronic Monitoring since November 2020.

2. Defendant has abided by his electronic monitoring restrictions, been compliant with his release conditions, maintained regular contact with Pretrial services, has not had any formal violates filed against him nor has he incurred any new law violations.

3. Defendant is actively participating in counseling and Pretrial services is recommending that the current Electronic Monitoring condition be modified from Home Detention to Curfew.

4. The parties agree with Pretrial services that Defendants Electronic Monitoring

STIPULATION RE ELECTRONIC MODIFICATION TO CURFEW- 1

condition can be modified from Home Detention to Curfew for the Defendant as specified:

**CURFEW**: You must remain inside your residence every day from **7:00 pm to 7:00 am**, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

IT IS AGREED:

McGREGOR W. SCOTT
United States Attorney

DATED: April 9, 2021 /s/ Roger Yang
ROGER YANG,
Assistant United States Attorney

DATED: April 9, 2021 /s/ Adam Weiner
ADAM WEINER
Counsel for Defendant
BRETT ANDERSON

**ORDER**

IT IS SO ORDERED.

Dated: May 4, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION RE ELECTRONIC MODIFICATION TO CURFEW- 2