HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
BRETT ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>BRETT ANDERSON, )<br><br>Defendant. )<br>) | Case No.   2:20-cr-00195 MCE<br><br>UNOPPOSED MOTION AND [~~PROPOSED~~] ORDER FOR MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE<br><br>Honorable Allison Claire |

The defendant, BRETT ANDERSON, has been on pretrial release since November 23, 2019. CR 7, 10, 11.  He has cosigned a $50,000 unsecured bond along with his wife Heather Anderson. CR 11.  Mr. Anderson resides with his wife and child in Rocklin, California.

On December 17, 2020, Mr. Anderson pled guilty to a violation of 18 U.S.C. § 2252(a)(1). CR 16. He is scheduled for Judgment and Sentencing on November 18, 2021. CR 42.

## I.    Unopposed Request for Modification of Home Detention Condition

Mr. Anderson, through his Assistant Federal Defender, Hannah R. Labaree, hereby moves for his Pretrial conditions of release to be amended as to condition number 14 (home detention) (CR 13). All other conditions are to remain in full force and effect.

Condition 14 currently imposes on Mr. Anderson a condition of home detention, to be enforced by location monitoring per Condition 13. Mr. Anderson requests that special condition 14 be amended such that he be subject to a curfew of **9 P.M. to 7 A.M.**

## II.   Unopposed Request for Modifcation f Release to Permit Mr. Anderson to be Present at the Birth of his Child

Mr. Anderson's wife is expected to deliver their second baby in early October. In light of the unpredictability of labor and the potential need for Mr. Anderson to be present at the hospital during hours not within his curfew (which may include overnight and possibly multiple days), he seeks the approval of this Court so that the Pretrial Services Officer may use his discretion to temporarily lift the curfew and location monitoring conditions at the appropriate time.

Specifically, Mr. Anderson seeks this Court's approval to allow Conditions 14 and 15 to be lifted while he is at the hospital at the time his wife is in labor. Pretrial Services will remain in telephonic contact with him and will randomly call him at the hospital to assure that he is in compliance with the directives of the pretrial services officer and all pretrial conditions. If granted, the  Pretrial Services Officer may impose any reasonable conditions to accommodate this exception to Mr. Howard's conditions.  Upon discharge from the hospital of Mr. Anderson's wife and baby, the current conditions of release will take immediate effect.

## III.   Conclusion

On September 8, 2021, Mr. Anderson's Pretrial Services Officer indicated that he is in compliance with his conditions of release.  Pretrial Services is not opposed to the amendment of Condition 14.  Based on the position of Pretrial Services, the Assistant United States Attorney has no objection to the above requests.

Respectfully submitted,

DATED: September 9, 2021        HEATHER E. WILLIAMS
                               Federal Defender

                               */s/ Hannah R. Labaree*
                               HANNAH R. LABAREE
                               Assistant Federal Defender
                               Attorney for BRETT ANDERSON

**<u>ORDER</u>**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Special Condition of Release Number 14 for Brett Anderson, placing him on home detention, be **amended to impose a curfew from 9:00 PM to 7:00 AM**.  All other conditions of pretrial release shall remain in force, including the enforcement of the curfew by ankle monitor (Condition 13).

IT IS FURTHER ORDERED THAT

1.      The conditions of release are hereby amended so that the Pretrial Services officer may allow Mr. Anderson to attend the birth of his child.

2.      The Pretrial Services officer has the discretion to impose any reasonable conditions for the time period of Mr. Anderson's attendance of the birth of his child

3.      Once Mr. Anderson's wife and baby are discharged from the hospital all previously imposed conditions shall remain in effect.

DATED: September 9, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE