HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
BRETT ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRETT ANDERSON, <br><br> Defendant. | Case No.   2:20-cr-195 MCE <br><br> UNOPPOSED MOTION AND ORDER FOR **TEMPORARY** MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE <br><br> Honorable Kendall J. Newman |

The defendant, BRETT ANDERSON, is currently on pretrial release in this district.  He has cosigned an unsecured bond along with his wife, Heather Anderson, in the amount of $50,000. See CR 10. He has been on pretrial release since November 30, 2020, with no issues of noncompliance.

Mr. Anderson had pled guilty by written plea agreement to a single-count Information, charging him with a violation of 18 U.S.C. § 2252(a)(1) (Transportation of Child Pornography). CR 16. Sentencing is currently scheduled for December 9, 2021. CR 45, 46.

Pursuant to the terms of his pretrial release Mr. Anderson is subject to special condition 16, which prohibits him from accessing the internet and from using a computer or any device capable of accessing the internet at any location unless otherwise approved by the pretrial officer.

For sentencing preparation undersigned counsel has asked Mr. Anderson to provide personal information to the defense team through the use of a computer program that relies on

internet use. As such, Mr. Anderson , through Assistant Federal Defender, Hannah R. Labaree, hereby moves that the conditions of release be **temporarily** amended to allow Mr. Anderson to use an internet-enabled computer at the Federal Defender Office on the date of October 26, 2021.

    The United States Pretrial Officer has indicated to counsel that Mr. Anderson is in compliance with the conditions of his release.

    The Assistant United States Attorney has no objection to this request.

Respectfully submitted,

DATED: October 25, 2021    HEATHER E. WILLIAMS

Federal Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender
Attorney for BRETT ANDERSON

Unopposed Motion for Temporary Modification
of Terms of Pretrial Release

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Special Condition of Release Number 16 for defendant, Brett Anderson, be **temporarily amended on October 26, 2021,** so that he may use an internet-enabled computer at the Federal Defender's Office on that date. All other conditions of pretrial release shall remain in force.

Dated: October 25, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE