HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
BRETT ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRETT ANDERSON,<br><br>Defendant. | Case No.  2:20-cr-195 MCE<br><br>UNOPPOSED MOTION AND [PROPOSED] ORDER FOR MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE<br><br>Honorable Allison Claire |

The defendant, BRETT ANDERSON, is currently on pretrial release in this district. He has cosigned an unsecured bond along with his wife, Heather Anderson, in the amount of $50,000. See CR 10. He has been on pretrial release since November 30, 2020, with no issues of noncompliance.

Mr. Anderson has pled guilty by written plea agreement to a single-count Information, charging him with a violation of 18 U.S.C. § 2252(a)(1) (Transportation of Child Pornography). CR 16. Sentencing is currently scheduled for July 14, 2022. CR 50, 51.

Pursuant to the terms of his pretrial release Mr. Anderson is subject to special condition 10, which requires him to submit to drug testing as approved by the pretrial officer, and to cover the costs of that testing to the degree his finances allow.

The United States Pretrial Officer has indicated to counsel that Mr. Anderson is in compliance with the conditions of his release, including condition #10. The drug testing condition is not necessary to assure the safety of the community or Mr. Anderson's future

appearance in court.

    The defense thus respectfully request that condition #10 be stricken and that the Amended Conditions of release be approved. *See* Exh. A (Amended Conditions of Released) (also provided under separate cover to the Court). The Assistant United States Attorney has no objection to this request.

|  | Respectfully submitted, |
|---|---|
| DATED: November 17, 2021 | HEATHER E. WILLIAMS |
|  | Federal Defender |
|  | */s/ Hannah R. Labaree* |
|  | HANNAH R. LABAREE |
|  | Assistant Federal Defender |
|  | Attorney for BRETT ANDERSON |

Stipulated Motion for Modification
of Terms of Pretrial Release

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Special Condition of Release Number 10 for defendant, Brett Anderson, be **stricken,** and that the Amended Special Conditions of Release be imposed.

DATED: November 17, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

of Terms of Pretrial Release