HEATHER E. WILLIAMS, SBN #122664
Federal Defender
HANNAH LABAREE, # 294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Attorneys for Defendant
BRETT ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRETT ANDERSON<br><br>Defendant. | Case No.  2:20-cr-00195-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING**<br><br>Date:  May 4, 2023<br>Time:  9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, United States Attorney Phillip A. Talbert, through Assistant United States Attorney Roger Yang, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hannah Labaree, attorney for defendant Brett Anderson, that the previously-scheduled restitution hearing date of May 4, 2023, be continued to August 17, 2023 at 9:30 a.m, at the defendant's request.

The parties agree to extend the date of the restitution hearing beyond the 90-day period set forth at 18 U.S.C. § 3664(d)(5). Mr. Anderson has provided his explicit consent via telephone from the Bureau of Prisons.

//

//

//

Stipulation to Continue Restitution Hearing         -1-

Respectfully submitted,

Dated: May 3, 2023

HEATHER E. WILLIAMS
Federal Defender

/s/ Hannah Labaree
HANNAH LABAREE
Assistant Federal Defender
Attorney for Defendant
Brett Anderson

Dated: May 3, 2023

PHILLIP A. TALBERT
United States Attorney

/s/Roger Yang
ROGER YANG
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its Order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date of this order, up to and including August 17, 2023, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the May 4, 2023 restitution hearing shall be continued until August 17, 2023, at 9:30 a.m.

Dated: May 3, 2023

_____
Troy L. Nunley
United States District Judge

Stipulation to Continue Restitution Hearing             -3-