IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №:2:20-cr-00195-TLN |
|---|---|---|
| Plaintiff, | ) | **O R D E R SPECIALLY APPOINTING COUNSEL AFTER FEDERAL DEFENDER IS WITHDRAWN** |
| vs. | ) | |
| BRETT ANDERSON, | ) | |
| Defendant. | ) | |

Upon the defendant's motion and consent, and good cause appearing,

IT IS ORDERED, pursuant to 18 U.S.C. § 3006A(b) and the Eastern District of California's *CJA Plan*, Gen. Ord. 663, § XI(C), relieving the Federal Defender as counsel and specially appointing Hannah Labaree as CJA counsel effective July 29, 2023.

DATED: July 28, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE