1  Hannah Labaree, # 294338
2  2121 Broadway
   P.O. Box 188976
3  Sacramento, CA  95818
   Tel: 916-287-3375
4  Attorney for Defendant
   BRETT ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-cr-00195-TLN |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| vs. | ) **RESTITUTION HEARING** |
| BRETT ANDERSON | ) Date:  August 17, 2023 |
|  | ) Time:  9:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, United States Attorney Phillip A. Talbert, through Assistant United States Attorney Roger Yang, attorney for Plaintiff, and Attorney Hannah Labaree, counsel for defendant Brett Anderson, that the previously-scheduled restitution hearing date of August 17, 2023, be continued to September 14, 2023 at 9:30 a.m, at the defendant's request.

   The parties agree to extend the date of the restitution hearing beyond the 90-day period set forth at 18 U.S.C. § 3664(d)(5). Mr. Anderson has provided his explicit consent via telephone from the Bureau of Prisons.

//

//

//

//

Stipulation to Continue Restitution Hearing          -1-

|     |                        |                                      |
|-----|------------------------|--------------------------------------|
| 1   |                        | Respectfully submitted,              |
| 2   | Dated:  August 2, 2023 | */s/ Hannah Labaree*                 |
| 3   |                        | HANNAH LABAREE<br>Attorney for Defendant<br> Brett Anderson |
| 4   |                        |                                      |
| 5   | Dated: August 2, 2023  | PHILLIP A. TALBERT<br>United States Attorney |
| 6   |                        |                                      |
| 7   |                        | */s/Roger Yang*<br>ROGER YANG<br>Assistant U.S. Attorney |
| 8   |                        | Attorney for Plaintiff               |

Stipulation to Continue Restitution Hearing        -2-

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its Order. The Court orders the August 17, 2023 restitution hearing shall be continued until September 14, 2023, at 9:30 a.m.

Dated: August 2, 2023

_____
Troy L. Nunley
United States District Judge