Hannah Labaree, # 294338
2121 Broadway
P.O. Box 188976
Sacramento, CA 95818
Tel: 916-287-3375
Attorney for Defendant
BRETT ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:20-cr-00195-TLN |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE** |
| ) | **RESTITUTION HEARING** |
| vs. ) | |
| ) | Date: September 14, 2023 |
| BRETT ANDERSON ) | Time: 9:30 a.m. |
| ) | Judge: Hon. Troy L. Nunley |
| Defendant. ) | |
| ) | |
| ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, United States Attorney Phillip A. Talbert, through Assistant United States Attorney Roger Yang, attorney for Plaintiff, and Attorney Hannah Labaree, counsel for defendant Brett Anderson, that the previously-scheduled restitution hearing date of September 14, 2023, be continued to November 2, 2023 at 9:30 a.m, at the defendant's request.

   The parties agree to extend the date of the restitution hearing beyond the 90-day period set forth at 18 U.S.C. § 3664(d)(5). Mr. Anderson has provided his consent to continue the hearing.

//

//

//

//

Stipulation to Continue Restitution Hearing         -1-

|     |                              |                                                      |
| --- | ---------------------------- | ---------------------------------------------------- |
| 1   |                              | Respectfully submitted,                              |
| 2   | Dated: September 12, 2023    | */s/ Hannah Labaree*                                 |
| 3   |                              | HANNAH LABAREE<br>Attorney for Defendant             |
| 4   |                              | Brett Anderson                                       |
| 5   | Dated: September 12, 2023    | PHILLIP A. TALBERT<br>United States Attorney         |
| 6   |                              |                                                      |
| 7   |                              | */s/Roger Yang*<br>ROGER YANG                        |
| 8   |                              | Assistant U.S. Attorney<br>Attorney for Plaintiff    |

Stipulation to Continue Restitution Hearing            -2-

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its Order. The Court orders the September 14, 2023 restitution hearing shall be continued until November 2, 2023, at 9:30 a.m.

Dated: September 12, 2023

_____
Troy L. Nunley
United States District Judge