```
Hannah Labaree, # 294338
2121 Broadway
P.O. Box 188976
Sacramento, CA  95818
Tel: 916-287-3375
Attorney for Defendant
BRETT ANDERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00195-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING** |
| vs. | Date:  January 4, 2024 |
| BRETT ANDERSON | Time:  9:30 a.m. |
| Defendant. | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, United States Attorney Phillip A. Talbert, through Assistant United States Attorney Roger Yang, attorney for Plaintiff, and Attorney Hannah Labaree, counsel for defendant Brett Anderson, that the previously-scheduled restitution hearing date of January 4, 2024, be continued to January 11, 2024 at 9:30 a.m, at the defendant's request. The reason for the requested one-week continuance is an unanticipated scheduling conflict for defense counsel.

The parties have previously agreed to extend the date of the restitution hearing beyond the 90-day period set forth at 18 U.S.C. § 3664(d)(5). Mr. Anderson has provided his consent to continue the hearing.

//

//

//

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: January 2, 2024 | */s/ Hannah Labaree*<br>HANNAH LABAREE<br>Attorney for Defendant<br>Brett Anderson |
| Dated: January 2, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/Roger Yang*<br>ROGER YANG<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

Stipulation to Continue Restitution Hearing        -2-

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its Order. The Court orders the January 4, 2024 restitution hearing shall be continued until January 11, 2024, at 9:30 a.m.

Dated: January 2, 2024

_____
Troy L. Nunley
United States District Judge