IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　Plaintiff,

vs.

BRETT ANDERSON,

　　　　Defendant.

Case №: 2:20-cr-00195-TLN-1

**O R D E R
APPOINTING COUNSEL**

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him on Compassionate Release. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Hannah R. Labaree is specially appointed to represent the above defendant in this case effective *nunc pro tunc* to August 26, 2024, substituting the Federal Defenders Office appointed per G.O. 595. Ms. Labaree is a former Assistant Federal Defender and represented this client previously.

This appointment shall remain in effect until further order of this court.

DATED: 8/27/2024

　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　United States District Judge

-1-